THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Jett Frederick, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

Appeal from Lexington County
 William P. Keesley, Circuit Court Judge
Roger M. Young, Post-Conviction Relief Judge

Memorandum Opinion No. 2011-MO-015
 Submitted June 21, 2011  Filed June 27,
2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of the South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and Assistant
 Attorney General A. West Lee, all of the Office of the Attorney General, of
 Columbia, for Respondent.
 
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
Because there is
 sufficient evidence to support the PCR judges finding that petitioner did not
 knowingly and intelligently waive his right to a direct appeal, we grant the
 petition for a writ of certiorari, dispense with further briefing, and proceed
 with a review of the direct appeal issue pursuant to Davis v. State, 288
 S.C. 290, 342 S.E.2d 60 (1986).
Counsel for
 petitioner has filed a brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and a petition to be relieved as counsel.  Petitioner has not filed
 a pro se response.  After a thorough review of the record
 pursuant to Anders, we dismiss the direct appeal and grant the petition
 to be relieved as counsel.
DISMISSED.
TOAL, C.J.,
 PLEICONES, BEATTY and  KITTREDGE, JJ., concur. HEARN, J., not participating.